WRIGHT, L'ESTRANGE & ERGASTOLO
   Robert C. Wright (SBN 051864)
   rwright@wlelaw.com
   Erica C. Loo (SBN 346861)
   ecloo@wlelaw.com
402 West Broadway, Suite 1800
San Diego, California 92101
(619) 231-4844
(619) 231-6710 (fax)

Attorneys for Plaintiffs Michael L. Waxman and
Marc Rubenstein

## UNITED STATES DISTRICT

## SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL L. WAXMAN, an individual; and
MARC RUBENSTEIN, an individual,

                            Plaintiffs,

        v.

AMICA MUTUAL INSURANCE
COMPANY,  a corporation,

                            Defendants.

CASE NO. '24CV0665 AGS VET

**COMPLAINT FOR BREACH OF CONTRACT**

**REQUEST FOR TRIAL BY JURY**

**[In Admiralty]**

Plaintiffs Michael L. Waxman and Marc Rubenstein allege as follows:

### Parties

1.      Plaintiffs are residents of Tempe, Arizona.  For many years, Plaintiffs have been owners of Carver SD III, LLC, an Arizona Limited Liability Company which owns a 44-foot Carver motor yacht—the M.V. *Triple Play*— which they maintain at the Marriott Yacht Marina in San Diego, California.

2.      Defendant Amica Mutual Insurance Company ("Amica") is an insurance company maintaining its principal place of business in Lincoln, Rhode Island, authorized to do business, and conducting business, in California.  In obtaining the insurance policy in this case, Plaintiffs dealt with Amica's Southern California Regional Office located in Costa Mesa, California.

## Jurisdiction and Venue

3.      This is a civil action in which the District Court has original jurisdiction under 28 U.S.C. section 1331.  This action involves a request for a judicial determination of the rights and duties of the parties under a Marine Insurance Policy—a marine contract for purposes of admiralty jurisdiction.  *See, Simon v. Intercontinental Transport*, (ICT) B.V., 882 F.2d 1435, 1441 (9th Cir. 1989).

4.      This District Court also has original jurisdiction under 28 U.S.C. Section 1332(a) in that the matter in controversy exceeds the value of $75,000 and is between citizens of different States.

5.      Venue is proper under 28 U.S.C. section 1391(a)(2) because a substantial part of the events giving rise to this claim occurred, and the M.V. *Triple Play* is moored, in San Diego, California.

## Insurance Coverage

6.      Amica issued a Marine Insurance Policy to the Plaintiffs, No. 5310042007 for the policy period of October 8, 2022, to October 8, 2023 (the "Policy").  A true and correct copy of the Policy is appended as Exhibit 1.

7.      The insuring Agreement under the policy states:  "We will pay for all physical loss or damage to your insured property except as specifically excluded in this policy.  Coverage applies whether afloat or on shore."

Case No.

8.     The Policy provides "Coverage for Damage to Your Yacht" in the amount of $222,951.  The Policy defines "Yacht" to include "machinery."  The Policy further provides:  "We will <u>not</u> pay for loss or damage caused by or resulting from:  (1) wear and tear; (2) gradual deterioration; (3) weathering; (4) insects; (5) vermin; (6) marine life; (7) inherent vice; (8) mold; or (9) corrosion.

9.     With respect to latent defects, the policy provides:  "We will <u>not</u> pay for *repair or replacement of a part* in which a latent defect is found." (Emphasis added.)  This exclusion does not include *damages* caused by a latent defect or a design defect.

### Incident Causing Damage

10.     On March 2, 2023, as part of regular maintenance in preparation for an upcoming voyage to Catalina Island, Plaintiffs requested their regular mechanic, Nikolay Bachvarov of Nix Yacht Services, LLC in El Cajon, California, who has been the regular mechanic for the yacht for five years, perform regular maintenance, which he did.

11.     On the morning of April 15, 2023, the Plaintiffs and their families left San Diego for Catalina Island on the M.V. *Triple Play*, with a plan to return on April 17, 2023.  The 78-mile trip to Catalina Island proceeded without incident on April 15, 2023.

12.     On April 17, 2023, during the return trip, about 20 miles from San Diego, California, the starboard Volvo Penta engine on the yacht went idle. After shutting off the engine, an inspection of the engine compartment was done.  The compartment was found to be filled with a significant amount of seawater.

13.     The yacht then ran on the port side Volvo Penta engine until about ten miles from the channel into San Diego Bay when the port side engine's revolutions per minute dropped to 1,000 and would not go any

Case No.

faster.

14.    The Coast Guard was called, which dispatched Towboat U.S. Towboat U.S. towed the yacht into Plaintiffs' slip at the Marriott Yacht Marina.

15.    On April 18, 2023, Nix Yacht Services was called to inspect the yacht's engines at the Marriott Yacht Marina.  The inspection disclosed that the bracket on the starboard engine heat exchanger which fits under a clamp holding the seawater hose failed to hold the hose in place.  The heat exchanger was vibrating, which then caused the hose carrying seawater to the heat exchanger to slip off the exchanger and spray seawater throughout the engine room.

16.    As a precautionary step, all water intake hoses and hose clamps were replaced on both engines.   The seawater hose which had become loose was reattached to the defectively designed bracket on the starboard engine heat exchanger.

### Damage From Seawater

17.    On June 16, 2023, the port engine was discovered by the Plaintiffs as not getting up to normal revolutions per minute.  The port side engine was again inspected and at least two of the six cylinders were found to have low or no compression.  As a result of the detached hose on the starboard engine, salt water had made its way into the port engine, likely through the air filter, and had damaged both engines.  It also damaged an air compressor on the yacht.

18.    Plaintiffs are informed and believe, and thereon allege, that the defectively designed bracket was subsequently redesigned by the manufacturer because of similar incidents occurring on other yachts.

Case No.

**Denial Of Claim**

19.    On August 11, 2023, Plaintiffs gave Amica notice of loss.

20.    On December 21, 2023, after conducting an investigation, Amica denied coverage based on wear and tear, gradual deterioration, and corrosion.

21.    On January 9, 2024, Plaintiffs requested reconsideration of Amica's coverage position, disputing that failure was due to wear and tear and/or deterioration, but instead the faulty design of the bracket connecting the hose to the heat exchanger, which relies on a tab under a clamp that failed to properly secure the end of the saltwater hose to the heat exchanger.

22.    On March 14, 2024, Amica denied the request for reconsideration.

**Claim For Relief**

**(Breach of Contract)**

23.    Plaintiffs reallege and incorporate by reference paragraphs 1 – 22 of the complaint as if set forth fully at this point.

24.    On December 21, 2023, and March 14, 2024, Amica breached the Policy issued to Plaintiffs by declining to pay for the physical loss or damage to the insured property on the M/V *Triple Play,* including its machinery.  The cost to repair the engines on the M/V *Triple Play* is about $93,147.

25.    In addition, Plaintiffs have incurred an expense of $420.12 to replace an air cooling pump also damaged by the saltwater from the broken hose.

26.    Plaintiffs have performed all of the obligations required by them to be performed under the Amica Marine Insurance Policy.

Case No.

**Prayer**

WHEREFORE, Plaintiffs pray for judgment against Amica as follows:

1.    Damages in the amount of  $93,568; and

2.    And for such other and further relief as the Court finds just.


WRIGHT, L'ESTRANGE & ERGASTOLO


Dated:  April 11, 2024          By:  /s/ *Robert C. Wright*
                                                        Robert C. Wright

                                               Attorneys for Michael L. Waxman and
                                               Marc Rubenstein

Case No.

1

## REQUEST FOR JURY TRIAL

2
3

Plaintiffs Michael L. Waxman and Marc Rubenstein hereby request trial by jury.

4

WRIGHT, L'ESTRANGE & ERGASTOLO

5
6

Dated:  April 11, 2024          By: /s/ *Robert C. Wright*
                                         Robert C. Wright

7
8

Attorneys for Michael L. Waxman and Marc Rubenstein

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.

*Waxman, et al v. Amica Mutual Insurance Company*

United States District Court, Southern District of California

Case No. 3:24-cv-_____-____-____

**TABLE OF CONTENTS**

**EXHIBITS ATTACHED TO**
**COMPLAINT FOR BREACH OF CONTRACT**

| EXHIBIT | DESCRIPTION | PAGE NO. |
|---------|-------------|----------|
| 1 | Amica Mutual Insurance Company Policy Number 5310042007 Effective October 8, 2022 | 1 |

# EXHIBIT 1

**AMICA MUTUAL
INSURANCE COMPANY**
**LINCOLN, RHODE ISLAND**

Policy Number:  5310042007
Effective Date:  October 8, 2022

Michael L. Waxman and
Marc Rubenstein
7878 S La Rosa Dr
Tempe, AZ 85284-1461

Dear Policyholder:

Thank you for choosing Amica! Maintaining your trust and confidence is always our highest priority.

Your renewal policy, related materials and necessary information are enclosed.  Please review the Information Digest for important coverage descriptions and options.

The amount of insurance has been changed to reflect our estimate of present market value.  Please contact us if you would like to discuss this.

If you've made additions or modifications to your yacht or its equipment that would affect its value, please contact us to make sure you have enough coverage.

Please note that a bill is not included with your policy package.  The bill will be delivered to you closer to your policy effective date and approximately 20 days before your payment due date.  If you are currently receiving paper bills, you have the option of signing up for electronic billing through our website at Amica.com.

**Oil Pollution Act of 1990:** Liability coverage provides protection for losses due to pollution.  If you're responsible for an oil or gas spill, you should contact the Coast Guard, the EPA Nationwide Hot Line (800-424-8802) and Amica.

Please review the Declarations page for a detailed description of your coverages.

If you would like to make any changes or need additional information, please contact us at 800-242-6422.  Changes will be effective on the renewal date unless an earlier date is requested.

**Amica Mutual Insurance Company**

**Exhibit 1 Page 001**

**Exhibit 1 Page 002**

## IMPORTANT NOTICE TO OUR CALIFORNIA E-POLICY CUSTOMERS

Please accept our sincere appreciation for insuring with Amica.  This notice will confirm that you have chosen to have your Amica Insurance policy provided to you electronically.

If you would like to make any changes, need additional information or would like to request a paper copy of your policy, please be sure to contact us at  877-972-6422.

**Exhibit 1 Page 003**

AL N 005 07 14

5310042007

# Yacht Policy

**A Non-Assessable Policy**

---

# Amica Mutual Insurance Company

Corporate
Office

One Hundred Amica Way
Lincoln, Rhode Island
Mail: PO Box 6008, Providence, RI 02940-6008

**READ YOUR POLICY CAREFULLY**

This policy is a legal contract between you and us.
The Yacht Policy has been:

- designed for your easy reference;
- simplified to make it more understandable; and
- arranged to better display the available coverages.

---

**Exhibit 1 Page 004**

OM021299

# YOUR YACHT POLICY
## QUICK REFERENCE

|  |  | Beginning On Page |
|---|---|---|
| | **DECLARATIONS PAGE** | |
| | Your Name and Address | |
| | Your Yacht or Trailer | |
| | Policy Period | |
| | Coverages and Amounts of Insurance | |
| | | |
| | AGREEMENT | 1 |
| | DEFINITIONS | |
| | GENERAL LIMITATIONS AND EXCLUSIONS | 2 |
| | GENERAL PROVISIONS | 3 |
| **SECTION A COVERAGE FOR DAMAGE TO YOUR YACHT (HULL AND MACHINERY INSURANCE)** | Insuring Agreement | 5 |
| | Valuation | |
| | Transportation | |
| | Exclusions | |
| |   Wear and Tear | |
| |   Latent Defect | 5 |
| |   Ice or Freezing | 6 |
| |   Repairs and Replacement | |
| |   Deductible | |
| |   Collision Liability | |
| |   Salvage Charges | |
| |   Return Premiums for Lay-up | |
| **SECTION B LIABILITY COVERAGE (PROTECTION AND INDEMNITY INSURANCE)** | Insuring Agreement | 7 |
| | Limit of Liability | 7 |
| | Costs | |
| | Exclusions | |
| **SECTION C FEDERAL LONGSHOREMEN'S AND HARBOR WORKERS' COMPENSATION INSURANCE** | Insuring Agreement | 7 |
| **SECTION D MEDICAL PAYMENTS COVERAGE** | Insuring Agreement | 8 |
| | Exclusions | |
| | Limit of Liability | |
| **SECTION E PERSONAL EFFECTS COVERAGE** | Insuring Agreement | 8 |
| | Limit of Liability | |
| | Exclusions | 9 |
| **SECTION F YACHT TRAILER COVERAGE** | Insuring Agreement | 9 |
| | Deductible | |
| | Exclusions | |
| | Limit of Liability | |
| | MUTUAL PROVISIONS | 9 |
| **ENDORSEMENTS (Additional benefits or restrictions)** | Endorsements | Attached to 9 |

**Exhibit 1 Page 005**

OM021299

**Exhibit 1 Page 006**

# AMICA MUTUAL INSURANCE COMPANY

### LINCOLN, RHODE ISLAND

Page  1 of  2

**DECLARATIONS**                                            **YACHT POLICY NO.** 5310042007

**NAMED INSURED AND ADDRESS**          **POLICY PERIOD:** 12:01 A.M.   Standard Time at the address of the Named Insured as stated herein.

Michael L. Waxman and
Marc Rubenstein                                        **From:** October 8, 2022
7878 S La Rosa Dr                                      **To:** October 8, 2023
Tempe, AZ 85284-1461          **COUNTY:** Maricopa
                              E-POLICY EMAIL:
                              mwaxman@cox.net

| DESCRIPTION OF YACHT AND TRAILER | | | |
|---|---|---|---|
| **YACHT** | Year | Length | Total H.P. | Description |
| | 2006 | 44'00" | 370 | CARVER MOTOR YACHT 44 COCKPIT MOTOYACHT CDRC3187D506 |
| **YACHT TRAILER** | Year | Description | | |

**DEDUCTIBLE CLAUSE:** Section A deductible   $ 4,459   **See Deductible Clause on page 6.**

**LOSS PAYEE:**  Any loss under Section A is payable as interest may appear to the Named Insured and

| MOORING LOCATION | STORAGE LOCATION |
|---|---|
| Marriott Marina<br>CA | CA |

| Section | Coverages | Amount of Insurance or Limit of Liability | Premium |
|---|---|---|---|
| | Coverage is provided where a Premium and Amount of Insurance or a Limit of Liability is shown for the Coverage. | | |
| A | **Coverage for Damage to Your Yacht** | $222,951   Subject to Deductible Clause | $1725.00 |
| B | **Liability Coverage** | $1,000,000   each occurrence | $320.00 |
| C | **Federal Longshoremen's and Harbor Workers' Compensation Insurance** | As Provided in Act 33 U.S.C. 901 et seq. INCLUDED | |
| D | **Medical Payments Coverage** | $5,000   each person | $14.00 |
| E | **Personal Effects Coverage** | $1,000   Less $25 deductible | $30.00 |
| F | **Yacht Trailer Coverage** | NONE   Less $25 deductible | NONE |
| | **Uninsured Boaters Coverage** | $500,000 | $40.00 |
| | ENDORSEMENTS | SEE PAGE 2 | $127.00 |

EDUCATIONAL CREDIT   $-113.00
TOTAL PREMIUM   $2,143.00

WARRANTED THAT NAVIGATION OF THE INSURED YACHT IS RESTRICTED TO:
UNITED STATES PACIFIC COASTAL AND INLAND WATERS

**Exhibit 1 Page 007**

*IMPORTANT - SEE ATTACHED OCEAN MARINE RENEWAL POLICY INFORMATION.

**Exhibit 1 Page 008**

# AMICA MUTUAL INSURANCE COMPANY

### LINCOLN, RHODE ISLAND

Page 2 of 2

### CONTINUATION OF DECLARATION FOR POLICY NO. 5310042007

**NAMED INSURED AND ADDRESS**

Michael L. Waxman and
Marc Rubenstein
7878 S La Rosa Dr
Tempe, AZ 85284-1461

| Form and endorsements made part of this policy at time of issue: |
|---|

**Form :** OM 08 08 01 COUNTRYWIDE YACHT POLICY
**Endorsement(s) :**
OM 18 05 11 ADDITIONAL INSURED ENDORSEMENT
OM 17 08 93 SMALL BOAT AND MOTOR ENDORSEMENT
    SUBJECT TO $100 DEDUCTIBLE
    BOAT: 2017 10'8" taurus tdd25023e819
    AMOUNT OF INSURANCE $3,983
    MOTOR: 2017 10HP Honda outboard
    AMOUNT OF INSURANCE $3,517
OM 46 09 01 UNINSURED BOATERS INSURANCE

**Exhibit 1 Page 009**

Countersigned by      _Dinavi DuPat_

**Authorized Representative**

**Exhibit 1 Page 010**

# YACHT POLICY

## AGREEMENT

We will provide the insurance described in this policy if you pay the premium and comply with all of the terms of this policy.

## DEFINITIONS

"We," "us" and "our" mean the Amica Mutual Insurance Company.

"You" and "your" refer to the person named in the Declarations and spouse if a resident of the same household.

Other words and phrases are defined.   They are boldfaced when used.

**"Your insured property"** is defined as:

The **yacht(s)** shown on the Declarations Page, including:

1. spars;
2. sails;
3. machinery;
4. furniture;
5. tenders and dinghies if powered by no more than 10 horsepower;
6. outboard motors;
7. ship's apparel; and
8. other equipment normally required for the operation or maintenance of the **yacht.**

Property not covered;

1. moorings; and

2. personal effects (see SECTION E of this policy).

**"Insured"** is defined as you, a **family member** and any other person or organization using the **yacht** with your permission, free of charge.

This does not include:

1. a paid captain or crew member of the **yacht** or

2. any person or organization operating or employed by a:

   a. marina;
   b. boat repair yard;
   c. shipyard;
   d. yacht club;
   e. sales agency;
   f. boat service station; or
   g. similar organization.

**"Family Member"** means the following residents of your household:

1. your relatives.
2. any other person under the age of 21 if in the care of any person named above.

**Exhibit 1 Page 011**

"**Yacht**" is defined as the boat shown in the Declarations.

"Tender" or "dinghy", as limited above, may be substituted for **yacht.**

Under Section B. Liability Coverage, **yacht** also is defined as any other boat not owned and not used on a regular basis by you or a **family member.** Use of the other boat must be without charge, for private pleasure only, and with the owner's permission. If there is other insurance for the non-owned boat this insurance shall apply as excess over the other insurance.

## GENERAL LIMITATIONS AND EXCLUSIONS

The following limitations and exclusions apply to <u>all</u> coverages included in this policy.

| | |
|---|---|
| **PRIVATE PLEASURE USE** | Coverage will be suspended if **your insured property** is used:<br><br>1. for charter or hire;<br>2. to carry persons or property for a fee or for any commercial use;<br><br>unless prior written consent has been obtained from us. |
| **TRANSFER OF INTEREST** | Coverage will no longer apply upon:<br><br>1. the sale;<br>2. assignment;<br>3. transfer of your interest in the insured property;<br><br>unless prior written consent has been obtained from us. |
| **CONCEALMENT OR FRAUD** | Coverage will be void if you intentionally conceal or misrepresent any material fact relating to this insurance before or after a loss. |
| **DISHONESTY** | We will <u>not</u> pay for loss or damage caused by any dishonest act of any **insured**, to whom **your insured property** is entrusted, other than the captain or crew or their employees or representatives. |
| **INTENTIONAL ACTS** | We will <u>not</u> pay for bodily injury or property damage which is expected or intended by an **insured.** |
| **BENEFIT TO OTHERS** | No person or organization having custody of **your insured property** and being paid for services, shall benefit from this insurance. |
| **RACING** | There is no coverage under this policy while your <u>power</u> **yacht** is participating in or practicing for an organized speed race or speed test. |

**Exhibit 1 Page 012**

| | |
|---|---|
| **WAR AND RADIOACTIVE EXCLUSION** | We will <u>not</u> pay for loss due to or as a consequence of: |

1. radioactive contamination;
2. discharge of any nuclear weapon (even if accidental);
3. war (declared or undeclared);
4. civil war;
5. insurrection;
6. rebellion or revolution; or
7. seizure or impoundment by governmental authorities.

| | |
|---|---|
| **ABANDONMENT** | There can be no abandonment of **your insured property** to us. |

# GENERAL PROVISIONS

The following general provisions apply to <u>all</u> coverages in this policy.

| | |
|---|---|
| **POLICY PERIOD** | This policy applies to loss or damage which occurs during the policy period shown in the Declarations. |

| | |
|---|---|
| **CHANGES** | This policy contains all the agreements between you and us. |

1. No changes may be made unless they are in writing signed by us.
2. If we revise our Yacht Policy to broaden any coverage, we will interpret outstanding policies as providing the broader coverage.

| | |
|---|---|
| **SALVAGE** | If we pay a total loss and there is salvage remaining, we have the optional right to recover that salvage to the extent of our payment. |

| | |
|---|---|
| **DUTIES AFTER AN ACCIDENT OR LOSS** | You must notify us promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses. |

You must file an accident report with the proper Police or Coast Guard authority as appropriate.

A person making any claim must:

1. Cooperate with us in the investigation, settlement or defense of any claim or suit.

2. Agree to be examined under oath at our request.

3. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.

4. Submit as often as we reasonably require to physical examinations by physicians we select. We will pay for these examinations.

5. Authorize us to obtain:

**Exhibit 1 Page 013**

        a.  medical reports, and

        b.  other pertinent records.

    6.  Submit a proof of loss when required to do so.

    7.  Take reasonable steps after loss to protect **your insured property** from further loss.  We will pay reasonable expenses incurred to do this up to the limit of Section A in the Declarations.

| | |
|---|---|
| **TOWING COVERAGE** | We will provide coverage for waterway towing to the nearest safe port whenever your vessel is disabled. |
| **PAYMENT OF LOSS** | Payments of loss will be made within 30 days after either we reach agreement with you, a final judgment is entered in the court, or an arbitration award is filed with us. |
| **INTEREST** | In addition to our limit of liability we will pay, on behalf of an **insured**, interest accruing after a judgment is entered in any suit we defend.  Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage. |
| **RIGHTS OF RECOVERY** | You must do everything possible to preserve your rights of recovery after loss.  These rights will belong to us up to the amount we have paid for loss. |
| **LEGAL ACTION AGAINST US** | 1.  No one can bring action against us unless the policy provisions have been complied with. <br> 2.  No one has the right to join us as a party to any action against an **insured** or bring us into any such action. <br> 3.  Suit or action must start within 12 months of the date of loss. |
| **OTHER INSURANCE** | If other insurance also covers the loss we will pay only our share of the loss.  Our share is the proportion that our limit of liability bears to the total of all applicable limits.  This provision does not apply to Section D, Medical Payments. |
| **BANKRUPTCY OR DEATH** | If you are declared bankrupt, insolvent or if you die, this policy covers your legal representatives during the rest of the policy period. |
| **CANCELLATION** | The person named in the Declarations may cancel this policy by returning it to us or by giving us advance written notice of the date cancellation is to take effect. <br><br> We may cancel this policy by mailing notice to the person named in the Declarations at the address shown and giving: <br><br> 1.  at least 10 days notice if cancellation is for nonpayment of premium; <br> 2.  at least 30 days notice in all other cases. <br><br> The cancellation date shown in our notice will be the end of the policy period. |

**Exhibit 1 Page 014**

If this policy is cancelled, you may be entitled to a premium refund.  If we cancel the policy, any return premium will be computed on a pro rata basis.

If you cancel the policy, any return premium will be computed on a 90% of pro rata basis.  Any return premium will be paid to you as soon as possible after the cancellation.

# SECTION A - COVERAGE FOR DAMAGE TO YOUR YACHT (HULL AND MACHINERY INSURANCE)

| | |
|---|---|
| **INSURING AGREEMENT** | We will pay for all physical loss or damage to **your insured property** except as specifically excluded in this policy.  Coverage applies whether afloat or on shore. |
| **VALUATION** | We will <u>not</u> apply depreciation, except for: |

  1.  sails;
  2.  protective covers of fabric or similar material;
  3.  electronic equipment;
  4.  batteries;
  5.  outboard motors;
  6.  tenders; or
  7.  dinghies.

Our liability for any one loss will not be more than the amount of insurance shown in the Declarations for **yacht** and equipment.

| | |
|---|---|
| **TRANSPORTATION** | We continue to cover **your insured property** while it is being transported overland within a 300 mile radius of its home port. |
| **EXCLUSIONS** | The following exclusions apply to Section A coverage. |
| **WEAR AND TEAR** | We will <u>not</u> pay for loss or damage caused by or resulting from: |

  1.  wear and tear;
  2.  gradual deterioration;
  3.  weathering;
  4.  insects;
  5.  vermin;
  6.  marine life;
  7.  inherent vice;
  8.  mold; or
  9.  corrosion.

If a covered loss ensues, we will pay only for the ensuing loss.

| | |
|---|---|
| **LATENT DEFECT** | We will <u>not</u> pay for repair or replacement of a part in which a latent defect is found. |

**Exhibit 1 Page 015**

| | |
|---|---|
| **ICE OR FREEZING** | We will <u>not</u> pay for loss or damage caused by or resulting from ice or freezing. |

This exclusion does not apply if at the time of the loss the **yacht** is:

1. in Maryland or Virginia East of U.S. Highway #1; or
2. south of a line drawn along the southern boundaries of the States of Virginia, Kentucky, Missouri, Kansas, Colorado and Utah.

**REPAIRS AND REPLACEMENT**

Our liability for repaired damage will not be more than the cost to repair or replace in accordance with:

1. shipyard repair practices; or
2. the **yacht** manufacturers' recommended repair specifications.

The amount we will pay for a total loss of the **yacht** shall be reduced by the amount paid for repairs not completed at the time of the total loss.

Refer to the VALUATION clause for items subject to depreciation.

**DEDUCTIBLE**

We will apply the deductible shown in the Declarations to each adjusted loss.

The deductible will <u>not</u> apply if there is a total loss of the **yacht.**

**COLLISION LIABILITY**

We will pay the amount an **insured** becomes legally obligated to pay for damage to another vessel caused by your **yacht.**

The amount shown in Section A of the Declarations is the most we will pay under this section.

This coverage is excess over any other valid and collectible insurance.

**SALVAGE CHARGES**

We will pay for salvage charges if an **insured** becomes liable.  We will pay no more than the amount shown in Section A of the Declarations.

**RETURN PREMIUMS FOR LAY-UP**

If your **yacht** is laid up and out of commission for extended periods during the selected navigation period, a premium adjustment can be made at the end of the policy period.  Requests for Lay-up return credit must be received in writing no later than 6 months following policy expiration.

To qualify the **yacht** must be insured for a minimum of $10,000 and the return premium, computed at 2% for each 15-day period, must be at least $15.  This applies only to Section A premium.

**Exhibit 1 Page 016**

# SECTION B - LIABILITY COVERAGE (PROTECTION AND INDEMNITY INSURANCE)

**INSURING AGREEMENT**

We will pay for bodily injury, property damage or pollution damage an **insured** becomes legally obligated to pay because of the ownership, maintenance or use of the **yacht.**

This includes your liability for removal or destruction of **your insured property.**

We will settle or defend, as we see fit, any claim or suit asking for these damages. Our duty to settle or defend ends when the amount we pay for damages equals our Limit of Liability for this coverage.

**LIMIT OF LIABILITY**

The Limit of Liability shown in the Declarations is the most we will pay under this Section for all claims resulting from an accident or a series of accidents arising out of the same event.

**COSTS**

We will pay, in addition to the Limit of Liability, all defense costs incurred by us in any suit against the **insured.**

**EXCLUSIONS**

We do <u>not</u> provide liability coverage for:

1. liability assumed by an **insured** under any contract;
2. the **yacht** while it is on any carrier away from the place of hauling out or launching;
3. injuries when benefits may be provided under any Workers' Compensation Law other than the Federal Longshoremen's and Harbor Workers' Compensation Act;
4. bodily injury or property damage resulting from the ownership, maintenance, use, loading or unloading of any motor vehicle;
5. others to cover their liability to you.
6. fines, penalties, double or treble damages; punitive, exemplary or vindictive damages; or any other type of added damages intended to punish or deter wrongful conduct rather than as compensation for actual damages.

# SECTION C - FEDERAL LONGSHOREMEN'S AND HARBOR WORKERS' COMPENSATION INSURANCE

**INSURING AGREEMENT**

We will pay for any liability an **insured** may incur under the Federal Longshoremen's and Harbor Workers' Act.

We will:

1. comply with the provisions of Public Act #803 and its rules and amendments;
2. comply with the rules and regulations of the United States Department of Labor relating to this act.

Your bankruptcy will not affect this coverage.

**Exhibit 1 Page 017**

# SECTION D - MEDICAL PAYMENTS COVERAGE

**INSURING
AGREEMENT**

We will pay reasonable expenses for:

1. medical;

2. ambulance;

3. hospital;

4. professional nursing; or

5. funeral costs

incurred within three years from the date of an accident causing bodily injury to any person while in, boarding or leaving the **yacht.**

**EXCLUSIONS**

We will <u>not</u> pay medical expenses for:

1. any person for whom benefits are payable under any Workers' Compensation Act;
2. any person who is a trespasser;
3. any person who is an employee of the insured engaged in the maintenance or repair of the **yacht**;
4. any person injured while the **yacht** is being transported in or on any carrier.

**LIMIT OF
LIABILITY**

We will pay no more than the Amount of Insurance shown in the Declarations for each person injured as a result of any one accident or series of accidents arising out of the same event.

# SECTION E - PERSONAL EFFECTS COVERAGE

**INSURING
AGREEMENT**

We will pay for loss or damage to personal effects.

This insurance applies when the personal effects are aboard or being loaded or unloaded from the **yacht.**

The sum of $25 will be deducted from each adjusted loss.

**LIMIT OF
LIABILITY**

We will <u>not</u> pay for more than the ACTUAL CASH VALUE of each item at the time of the loss. We have the option to repair or replace any item with material of like kind and quality. The Limit of Liability for each occurrence is shown in the Declarations.

Loss of jewelry, watches, cameras and furs is limited to $100 per item in excess of the deductible.

**Exhibit 1 Page 018**

| | |
|---|---|
| **EXCLUSIONS** | We will <u>not</u> pay for: |

1. any loss to currency, travelers' checks, passports, securities or other valuable papers;

2. any loss caused by or resulting from:

   |   |   |
   |---|---|
   | a. wear and tear; | f. marine life; |
   | b. gradual deterioration; | g. inherent vice; |
   | c. weathering; | h. mold; or |
   | d. insects; | i. corrosion |
   | e. vermin; | |

3. theft unless

   a. occurring in conjunction with theft of the **yacht** or
   b. there is evidence of either forcible entry or removal.

# SECTION F - YACHT TRAILER COVERAGE

| | |
|---|---|
| **INSURING AGREEMENT** | We will pay for loss or damage to a trailer shown in the Declarations. |
| **DEDUCTIBLE** | Each adjusted loss is subject to a $25 deductible. |
| **EXCLUSIONS** | We will <u>not</u> pay for loss or damage resulting from: |

1. wear and tear;
2. gradual deterioration;
3. latent defects; or
4. damage resulting from the above.

| | |
|---|---|
| **LIMIT OF LIABILITY** | The most we will pay will be the lesser of: |

1. the ACTUAL CASH VALUE of the **yacht** trailer;
2. the cost to repair or replace the **yacht** trailer;
3. the amount shown in Section F of the Declarations.

### MUTUAL PROVISIONS

This policy is non-assessable. This means your only financial obligation is the premium for your insurance. You shall be entitled to such dividends as may be declared by the board of directors.

By virtue of this policy you are a member of the Amica Mutual Insurance Company and entitled to vote either in person or by proxy at all meetings of the Company. The annual meetings are held at its home office on the second Thursday of February in each year at 9:00 A.M.

**This policy is signed on behalf of Amica Mutual Insurance Company by our President and Secretary at Lincoln, Rhode Island, and countersigned on the Declarations by our authorized agent or representative.**

*Suzanne E Casey*
*Secretary*

*Robert A. D. Muccio*
*President*

**Exhibit 1 Page 019**

**Exhibit 1 Page 020**

## SMALL BOAT AND MOTOR ENDORSEMENT

OM170893

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

As specified by the Small Boat and Motor schedule and additional premium shown in the Declarations, Small Boat and Motor coverage is provided.

We will pay for loss or damage to the described property subject to the deductible shown in the Small Boat and Motor schedule.

The deductible will not apply in the event of a total loss.

**Exhibit 1 Page 021**

**Exhibit 1 Page 022**

OM180511

**ADDITIONAL INSURED ENDORSEMENT**

It is agreed that the policy to which this endorsement is attached shall also apply in favor of:

```
SAN DIEGO MARRIOTT MARQUIS & MARINA
333 West Harbor Drive
San Diego, CA 92101
```

but only as their interest may appear in the vessel described herein and only for Liability arising out of the negligence of the insured as defined in the policy.  It is further agreed that the above is named as an additional insured for the purposes of Bodily Injury Liability in the sum of $1,000,000  in connection with the insureds' ownership, maintenance and operation of the vessel covered by this policy.

By issuance of this endorsement, the company does not waive its right of subrogation.  It is further agreed that the coverage afforded the Additional Insured named above, shall arise out of Liability that rests solely with the insured.

In the event of non-renewal or cancellation of this policy, the Additional Insured shall receive twenty (20) days written notice prior to any such termination from the company.

*Dinari DuPont*

................................................................................

**Authorized Representative**

**Exhibit 1 Page 023**

**Exhibit 1 Page 024**

## UNINSURED BOATERS INSURANCE

OM460901

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

As specified by the Uninsured Boaters coverage and additional premium shown in the Declarations, Uninsured Boaters coverage is provided.

### INSURING AGREEMENT

We will pay all sums the **insured** is legally entitled to recover as damages from the owner or operator of an uninsured watercraft arising out of the ownership, maintenance or use of such uninsured watercraft. Uninsured watercraft means a watercraft for which there is no valid insurance policy or contract covering liability arising from the ownership, maintenance or use of such watercraft in effect at the time liability is incurred. Such term does not, however, include any watercraft owned by, furnished to, or available for the regular use of any insured, or owned by any governmental unit or agency. If the uninsured watercraft cannot be identified and no physical contact occurs, law enforcement officials must be promptly notified and a disinterested third party must provide corroborating evidence of the event.

### LIMIT OF LIABILITY

The limit of liability shown for Uninsured Boaters coverage is the most we will pay, regardless of the number of insured persons, claims made or boats involved in any one accident or series of accidents arising out of the same event. In no event will any person be entitled to receive duplicate payments for the same elements of loss.

### EXCLUSIONS

We will not provide Uninsured Boaters coverage for:

1. Claims settled without our consent;

2. Anyone using the insured boat without permission; or

3. Fines, penalties, double or treble damages; punitive, exemplary or vindictive damages; or any other type of added damages intended to punish or deter wrongful conduct rather than as compensation for actual damages.

**Exhibit 1 Page 025**

**Exhibit 1 Page 026**

# Amica Mutual Insurance Company
## THE AMICA YACHT POLICY DIGEST

The following descriptions of yacht insurance coverages are intended to provide a brief explanation only. Exclusions, conditions, limitations and extent of benefits are not explained. You must see the policy for full details of each coverage.

The Amica Yacht Policy is designed primarily for boats over 24 feet in length used solely for private pleasure purposes. Boats up to 24 feet can be insured under an Amica Boat Policy. The Yacht Policy is written for an agreed valuation.

### COVERAGES

**Coverage For Damage To Your Yacht** - Covers your yacht's hull, spars, sails, tackle, fittings, machinery, furniture and accessories against physical loss or damage. Trailers and tenders may also be covered.

**Major Exclusions**: Wear and tear and latent defect. Loss or damage caused by ice or freezing is excluded unless at the time of the loss the yacht is:

1. In Maryland or Virginia East of U.S. Highway #1, or

2. South of a line drawn along the southern boundaries of the states of Virginia, Kentucky, Missouri, Kansas, Colorado and Utah.

**Restriction**: Yachts are subject to a 300 mile overland trailering limitation. This limitation may be eliminated by endorsement.

**Deductible**: Varies with the value of the yacht. Several options are available.

**Liability Coverage** - Covers your legal liability, by reason of your interest in the insured yacht, for:

**Bodily Injury To Others**

**Property Damage To Others**: Including damage to any fixed or movable object.

**Legal Expenses**

**Wreck Removal**: Including costs of raising, removal or destruction.

**Federal Longshoremen's and Harbor Workers' Compensation Insurance**: Protects your legal liability under the law.

A Liability Coverage limit of at least $300,000 is suggested to meet today's high medical costs, hospital costs and court judgments.

Other limits are available.

**Medical Payments Coverage** (provided only in conjunction with Liability Coverage) - Covers reasonable medical payments for each person, including you and your family, injured while in or upon, boarding or leaving your yacht.

Amica has broadened this coverage so that the limit of liability is "per person" rather than "per accident". A $2,000 limit of Medical Payments Coverage is included in the Liability premium.

Other limits available:

$3,000     $4,000     $5,000

**Uninsured Boaters Coverage** (provided only in conjunction with Liability Coverage) - Pays all sums you are legally entitled to recover as damages from the owner or operator of an uninsured watercraft. Uninsured watercraft means a watercraft for which there is no liability insurance or which cannot be identified.

**Personal Effects Insurance** - Covers your personal effects and those of your guests. $250 coverage is included without charge. Higher limits are available. A $25 deductible applies to each loss.

**Towing Coverage** - Coverage for emergency waterway towing is provided at no additional cost.

### GENERAL EXCLUSIONS
(applicable to all coverages)

The policy does not cover:

1. Commercial use.

2. Charters unless approved by the Company.

3. Willful misconduct of the insured.

### DISCOUNTS

**Safe Boating Course** - A 5% credit is allowed for the completion by the principal operator of an approved "Safe Boating Course". Courses offered by the U.S. Coast Guard Auxiliary and the United States Power Squadrons qualify for this discount as well as any program approved by a State Boating Regulatory Authority.

**Loss Free Credit** - A 5% credit is allowed for 2 years of loss free experience. A 10% credit is allowed for 3 or more years of loss free experience with Amica. (10% credit not available in Michigan.)

**Diesel Credit** - Premiums are reduced for yachts equipped with a diesel engine.

**Exhibit 1 Page 027**

**Automatic Built-in Fire Extinguisher System Credit -** Premiums are reduced for boats equipped with these fire extinguishing systems.

We hope you will give us an opportunity to serve your marine insurance needs.

In any event:

To insure a safe and happy boating season be sure your boat is properly equipped and seaworthy.

We suggest you have your local United States Coast Guard Auxiliary conduct their free Courtesy Examination.

Learn and follow the Rules of the Road.   They are based on COURTESY.

**Exhibit 1 Page 028**

Documents     ID Cards     Send Files

# Policy Documents

Categories

**Policies**     Billing     Claims     Forms     E-sign

Filter Documents

Select a Policy
CA Marine 531004-2007 ⌄

| Date Added ⌄ | Policy | Document Type | Description | View |
|---|---|---|---|---|
| Aug 9. 2022 | CA Marine 531004-2007 | 📄 Policy | Review an outline of your policy. | View \| Download |
| Aug 9. 2022 | CA Marine 531004-2007 | 📄 Coverage Summary | Get a quick overview of your policy coverages. | View \| Download |



Exhibit 1 Page 029

*Amica*
800-242-6422

© 2024 Amica Mutual Insurance Company

Account
Billing
Policies
Claims
Documents
Profile

Contact Us
Privacy and Security

Good afternoon. Michael — we're glad you're with us.